**COLLINS, VELLA & CASELLO, LLC**
**2371 Highway 34 South, Suite 1A**
**Manasquan, NJ 08736**
**Attorneys for Debtors**
**(732) 751-1766**
**Joseph M. Casello, Esq.**

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

|  |  |  |
|---|---|---|
| In re: | : | |
| | | Chapter 13 Case No. 17-10881 |
| Gary & Leigh Ann Hulse | : | |
| | | Judge:  Hon. Michael B. Kaplan, U.S.B.J. |
| Debtors | : | |

## MOTION TO APPROVE LOAN MODIFICATION

To:    Albert Russo, Esq., Chapter 13 Trustee
       CN 4853
       Trenton, New Jersey 08650

       ALL PARTIES ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned attorneys for the Debtors in the within bankruptcy proceeding hereby move before the Honorable Michael B. Kaplan, U.S.B.J., United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey for an order approving a loan modification agreement between the Debtors and Seterus.

The undersigned shall rely upon the Certification of Gary Hulse and the oral arguments of counsel, if necessary.

**PLEASE TAKE FURTHER NOTICE** that the Debtors submit herewith no brief or memorandum of law in connection with this motion, there being no disputed questions of law involved. If a disputed question of law should arise on the return date of the motion, the movant further reserves the right to file a brief or memorandum of law in accordance with any time table set by the Court.

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Orders governing the practice before the United States Bankruptcy Court for the District of New Jersey, unless an objection to the loan modification is served and filed with the Court, an order may be entered approving the proposed loan modification, which will be effective as of the date on which the motion was filed. If a timely objection is filed, the Court will schedule a hearing at the earliest opportunity.

COLLINS, VELLA & CASELLO, LLC
Attorneys for Debtors


Dated:  9/21/2017                          By:    /s/ Joseph M. Casello
                                              Joseph M. Casello, Esq.

<u>Service List</u>

Rob Saltzman, Esquire
PLUESE, BECKER & SALTSMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-44318

Seterus, Inc.
P.O. Box 1077
Hartford, CT 06143-1072