**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorneys for the Debtors

|  |  |
|---|---|
| In re: | Chapter 13 Case No.: 17-10881 |
| Gary & Leigh Ann Hulse | Hearing Date: |
| Debtors | Judge: Hon. Michael Kaplan, U.S.B.J. |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

Page 2
Debtor: Gary & Leigh Ann Hulse
Case No: 17-10881
Caption of Order: Order Approving Loan Modification

This matter having been opened to the Court upon the motion by the Debtors to Approve a Loan Modification with Seterus and the Court having reviewed the certification of the Debtor in support of his motion and finding good cause for the entry of the within order.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Debtors are granted approval to enter into a permanent loan modification constituent with the terms of the agreement attached to the Debtor's certification in support of this motion.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within sixty (60) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. Debtors shall file an amended Schedule J and Modified Plan if applicable within thirty (30) days of this Order.